**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**


JAMES M. ROWCLIFF, III,

       Plaintiff/Counter-Defendant,

vs.                                CASE NO. 3:10cv282/RS-EMT

LUTHER J. RONGSTAD,

       Defendant/Counter-Plaintiff.

_____/

## ORDER

Before me is the Joint Motion To Extend Discovery (Doc. 25).  The motion does not provide any reason why discovery will not be completed by the February 28, 2011, deadline.

**IT IS ORDERED:**

1.      The discovery deadline is extended, and all discovery shall be completed not later than March 25, 2011.

2.      All other deadlines dependent upon the discovery deadline are extended accordingly.


**ORDERED** on February 24, 2011.


                          /S/ Richard Smoak_____
                          **RICHARD SMOAK
                          UNITED STATES DISTRICT JUDGE**